UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
SPRINGFIELD DIVISION

| | |
|---|---|
| FRANK HOLT and NORMAN HART, derivatively on behalf of SMITH & WESSON HOLDING CORP., <br><br>Plaintiffs, <br><br>v. <br><br>MICHAEL F. GOLDEN, AMARO GONCALVES, P. JAMES DEBNEY, MITCHELL A. SALTZ, ROBERT L. SCOTT, JEFFREY D. BUCHANAN, JOHN B. FURMAN, I. MARIE WADECKI, and BARRY M. MONHEIT <br><br>Defendants, <br><br>and <br><br>SMITH & WESSON HOLDING CORPORATION, <br><br>Nominal Defendant | Case No. 3:11-CV-30200 |

MAP 9-6-11

[~~PROPOSED~~] ORDER GRANTING JOINT
STIPULATION TO SET BRIEFING SCHEDULE

This matter, having come before the Court on the parties' Joint Stipulation to Set Briefing Scheduling,

IT IS HEREBY ORDERED as follows:

1. The parties Joint Stipulation to Set Briefing Schedule is GRANTED;

2. Defendants shall answer, move to dismiss or otherwise respond to the complaint on or before September 30, 2011;

3. Plaintiffs shall have 45 days thereafter to file any opposition; and

1

Case 3:11-cv-30200-MAP Document 4 Filed 09/06/11 Page 2 of 2
Case 3:11-cv-30200-MAP Document 3-1 Filed 08/04/11 Page 2 of 2

4. Defendants shall have 20 days thereafter to file their reply.

SO ORDERED

DATED: ~~August~~ Sept. 6, 2011

BY: _____
Hon. Michael A. Ponsor
United States District Judge