# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FRANK HOLT and NORMAN HART, derivatively on behalf of SMITH & WESSON HOLDING CORP.,<br>    Plaintiff(s)<br><br>v.<br><br>MICHAEL F. GOLDEN, ET AL.,<br>    Defendant(s)<br><br>and<br><br>SMITH & WESSON HOLDING CORP.,<br>    Nominal Defendant | CIVIL ACTION NO. 3:11-cv-30200-MAP |

## JUDGMENT IN A CIVIL CASE

**Michael A. Ponsor, D.J.**

[ ]  **Jury Verdict.**  This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X]  **Decision by the Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**

**JUDGMENT** of dismissal pursuant to the court's memorandum and order entered this date, granting the nominal defendant Smith & Wesson's motions to dismiss.

                                    **SARAH A. THORNTON**,
                                    CLERK OF COURT

Dated: July 25, 2012                By /s/ *Maurice G. Lindsay*
                                            Maurice G. Lindsay
                                            Deputy Clerk

(Civil Judgment of Dismissal (Routine) multi-dft & pltf.wpd - 11/98)                [jgm.]